NUMBER
13-02-427-CR

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

____________________________________________________________________

 

LOUIE PAPAKOSTAS,         Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

____________________________________________________________________

 

                         On
appeal from the 28th District Court

                                  of Nueces County, Texas.

____________________________________________________________________

 

                                   O
P I N I O N

 

                   Before
Justices Dorsey, Rodriguez, and Castillo

                                       Opinion
Per Curiam

 

Appellant, LOUIE PAPAKOSTAS, attempted to perfect an
appeal from the trial court=s denial of bond, in
cause no. 86-CR-1564-A. 
The clerk=s record was received
on August 12, 2002.  








Upon review of the clerk=s record, it appeared
that the order from which 
this appeal was taken was not contained in the clerk=s record.  Notice of this defect was given so that steps
could be taken to correct the defect, if it could be done.  Appellant was advised that, if the defect was
not corrected within ten days from the date of receipt of this notice, the
appeal would be dismissed for want of jurisdiction.  To date, appellant has failed to correct the
defect. 

The Court, having considered the documents on file and appellant=s failure to correct
the defect, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 27th day
of November, 2002.